IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

___

BRANDON SMITH,

    Plaintiff,

v.                                      Case No.:  3:22-cv-00631

DAVISHIRE CAPITAL MANAGEMENT,

    Defendant.

___

## NOTICE OF SETTLEMENT
___

    Plaintiff, BRANDON SMITH and Defendant, DAVISHIRE CAPITAL MANAGEMENT, hereby give notice that the parties have reached a tentative settlement, subject to approval of the settlement documents and final terms. Upon executing approved settlement documents, the parties will file the necessary paperwork to dismiss the case with prejudice.

Respectfully submitted this 2nd day of December, 2022.

                                        RESPECTFULLY SUBMITTED;

                                        */s/Rebecca J. Hutto*
                                        REBECCA J. HUTTO #39252
                                        Attorney for Plaintiff
                                        208 Adams Avenue
                                        Memphis, Tennessee 38103
                                        (901) 523-1844 – phone
                                        (901) 523-1857 – fax
                                        rebecca@wcwslaw.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 2nd day of December, 2022, the foregoing document is being served this day on all counsel of record identified on the Service List set forth below via transmission of electronic mail.

*/s/ Rebecca J. Hutto*

**SERVICE LIST**

Davishire Capital Management, LLC
C/O Brian Horowitz
1900 Patterson St Ste 205
Nashville, TN 37203